IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888
FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, KEVIN G. ARAKELIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN G. ARAKELIAN,<br><br>        Plaintiff,<br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendants. | Case No.: CV 08-2347-AGR<br><br>ORDER AWARDING EAJA FEES<br><br><br>ALICIA G. ROSENBERG<br>UNITED STATES MAGISTRATE<br>JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED DOLLARS ($2,400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 30, 2008

_____
ALICIA G. ROSENBERG
U.S. MAGISTRATE JUDGE